IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JAMES SMITH                                                                                          PLAINTIFF

V.                                         4:17CV00815 JM

CAMBRIDGE ASSET MANAGEMENT
& ASSOCIATES LLC, ANGEL MARTY                                               DEFENDANTS

## ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE

Pending is the Plaintiff's Motion to Dismiss. For good cause shown, the Court finds the motion to dismiss (Docket # 2) should be, and hereby is, granted.

IT IS THEREFORE ORDERED that this action is dismissed with prejudice. The Clerk is directed to close the case.

IT IS SO ORDERED this 16th day of February, 2018.

_____
James M. Moody Jr.
United States District Judge